**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **BENITO HERNANDEZ IBARRA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-568-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On March 9, 2026, the Court granted in part Benito Hernandez Ibarra's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Mar. 9, 2026, Order 3, ECF No. 6. Respondents have now informed the Court that an IJ granted Hernandez Ibarra a $5,500.00 bond. Advisory, ECF No. 7; *see id.* Ex. A ("IJ Order"), ECF No. 7-1.

It appears that the only remaining matter to be resolved in this case is Hernandez Ibarra's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 34, ECF No. 1; *see generally* Mar. 9, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE